UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:13-cr-095-2-JRG-2 |
| v. | ) |
| | ) |
| GARRY LEE BROWN, (JR.) | ) |

## MEMORANDUM AND ORDER

Garry Lee Brown, (Jr.) ("Defendant") appeared for a hearing on August 21, 2023, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for a Warrant for an Offender Under Supervision ("Petition") [Doc. 103] in the above matter.

Defendant was placed under oath and informed of his constitutional rights. When Defendant was informed that he appeared to have the ability to pay up to $7,000 for an attorney, he chose to represent himself for the initial proceedings conducted on August 21, 2023. However, an attorney with Federal Defender Services of Eastern Tennessee assisted Defendant during the initial proceedings referenced herein. It was also determined that Defendant had been provided with and reviewed a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge J. Ronnie Greer. After being informed of his rights and options, Defendant requested time to prepare for a preliminary hearing and/or detention hearing to be conducted in the charging division of this district. Accordingly, it is **ORDERED** that:

(1) The U.S. Marshal shall transport Defendant to an in-person appearance before U.S. Magistrate Judge Wyrick for a preliminary and/or detention hearing **at 9:00 a.m. on Thursday, August 24, 2023**.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing is **GRANTED** to the extent Defendant shall be temporary detained pending further proceedings.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE